UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDERSON CARTER,

    Plaintiff,

v.                                Case No. 8:13-cv-2137-T-33AEP

BANK OF AMERICA, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the October 7, 2013, report and recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge, (Doc. # 8), in which Judge Porcelli recommends that Plaintiff Anderson Carter's construed motion for leave to proceed *in forma pauperis* (Doc. # 2) be denied, and that Carter's complaint (Doc. # 1) be dismissed. As of this date, there have been no objections to the report and recommendation, and the time for the parties to file such objections has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.</u>

Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 8) is **ADOPTED.**

(2) Plaintiff Anderson Carter's construed motion for leave to proceed *in forma pauperis* (Doc. # 2) is **DENIED.**

(3) Plaintiff Anderson Carter's complaint is **DISMISSED.**

(4) The Clerk is directed to **close the case**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of November, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record